UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>NORMAN HYRUM TURNBEAUGH,<br><br>Defendant. | Case No. 4:18-cr-00105-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

### INTRODUCTION

Before the Court is Norman Turnbeaugh's Motion for Early Termination from Supervised Release. Dkt. 34. The Government does not oppose the motion. After considering the briefing and record, the Court will grant the motion.

### BACKGROUND

On or about April 10, 2019, Mr. Turnbeaugh was sentenced to time served followed by four years of supervised release. (Dkt. 30.)

Mr. Turnbeaugh has successfully completed over half of his supervised release with no issues and has continually performed all of the obligations of his supervision. His supervision is set to terminate on April 9, 2023. Mr. Turnbeaugh is currently homebound and essentially bedridden due to serious health issues

**MEMORANDUM DECISION AND ORDER - 1**

which prevent him from sitting upright at all.

Mr. Turnbeaugh is nearing 66 years of age and has been paraplegic since a car accident in 1982. Due to his current health status Mr. Turnbeaugh is only able to sit for a few minutes each day. Home health comes into his home on a daily basis to assist him with most of his needs. Prior to this change in his health, Mr. Turnbeaugh continued to be committed to a drugfree, law-abiding lifestyle.

Mr. Turnbeaugh seeks early termination because he has successfully completed all obligations imposed upon him; he has served over half of his supervision; has had no issues or violations while on supervision and believes that he can continue to be successful without supervision. In addition, Mr. Turnbeaugh seeks early termination so that he can focus on getting his health back so that he can once again gain some independence and function as he was before. Mr. Turnbeaugh's parole officer, Katie Hedrick has indicated that she is neutral as to whether Mr. Turnbeaugh's supervision should be terminated.

## ANALYSIS

Mr. Turnbeaugh seeks early termination of supervised release under 18 U.S.C. § 3583(e). Pursuant to §3583(e):

> [t]he court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(B), (a)(2)(C), (A)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7) ---

**MEMORANDUM DECISION AND ORDER - 2**

> (1) terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release…. if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice[.]

Mr. Turnbeaugh successfully completed one year of supervised release as of April 10, 2020. Therefore, his motion is ripe for consideration. And having considered the relevant § 3553(a) factors, the Court concludes that Mr. Turnbeaugh's early termination of supervised release is appropriate in this case. Furthermore, the Court is satisfied that Mr. Turnbeaugh's conduct over the past two years sufficiently warrants discharge and that discharge is in the interest of justice.

## ORDER

**IT IS ORDERED** that:

1. Defendant Norman Turnbeaugh's amended Motion for Early Termination from Supervised Release (Dkt. 34) is **GRANTED**.

2. Defendant's earlier-filed Motion for Early Termination from Supervised Release (Dkt. 33) is **DEEMED MOOT**.

DATED: July 26, 2021

B. Lynn Winmill
U.S. District Court Judge